**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Birdella Kenney, | ) | Case No.:  2:24-cv-03178-DCN-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Medical University of South Carolina, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT 26(f) REPORT

Counsel for Defendant and counsel for Plaintiff, having consulted on March 10, 2025, pursuant to Rule 26(f), Fed. R. Civ. P., between themselves hereby report as follows (check one below):

We agree that the schedule set forth in the Conference and Scheduling Order filed November 20, 2023, is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Rule 26.03 are attached.**

 X  We agree that the schedule set forth in the Conference and Scheduling Order requires modification as set forth in the attached proposed Consent Amended Conference and Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Rule 26.03 are attached.**

The parties are unable, after consultation, to agree on a schedule for this case. Defendant, therefore, requests a scheduling conference with the Court. Defendant's proposed discovery plan as required by 26(f) Fed. R. Civ. P., is attached, along with its proposed Amended Scheduling Order. **The information required by Local Civil Rule 26.03 is also attached.**

1

Dated: March 27, 2025

*/s/Olugbenga Abiona*

_____

Olugbenga Abiona
ABIONA LAW, PLLC
P.O. Box 3326
Cherry Hill, NJ 08034
oluesq@aol.com

and

Aaron Wallace, Esquire
Wallace Law Firm
1501 main St., Suite 521
Columbia, SC 29201
awallace@wallacefirmsc.com
*Plaintiff Counsel*

*s/ Lisa A. Reynolds*

_____

Lisa A. Reynolds, Esquire
Reynolds & Stephens, LLC
1064 Gardner Road, Ste. 210
Charleston, SC  29407
*Counsel for Medical University of South Carolina*