UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Birdella Kenney, | ) | Case No.: 2:24-cv-03178-DCN-MGB |
| Plaintiff, | ) | |
| vs. | ) | |
| Medical University of South Carolina, | ) | |
| Defendant. | ) | |

# AMENDED CONFERENCE AND SCHEDULING ORDER

     Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, The following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. <u>Rule 26(f) Conference</u>:  A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than March 18, 2025.

2. <u>Rule 26(a)(1) Initial Disclosures</u>: No later than Aprill 1, 2025, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made by all parties whether or not appearing at the time of this Order.

3. <u>Rule 26(f) Report</u>: No later than April 1, 2025, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.

4. <u>Amendment of Pleadings</u>: Motions to join other parties and amend the pleadings shall be filed no later than **May 22, 2025**.  ALL motions to amend pleadings must be accompanied by a proposed amended pleading.  (Fed. R. Civ. P. 15; Fed. R. Civ. P. 16).

5. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:

    Plaintiff:  **June 23, 2025**.

    Defendants:  **August 23, 2025**.

7. <u>Records Custodian Witnesses</u>: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **September 23, 2025**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8. <u>Discovery</u>: Discovery shall be completed no later than **December 12, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and had a telephone conference with Judge Baker in an attempt to resolve the matter informally.

9. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before February 15, 2026. (Fed. R. Civ. P. 16(b)(2)).

10. Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before November 14, 2025. **At least thirty (30) days prior to this mediation deadline**, counsel for each party shall love and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

_____ \_\_\_\_, 2025      _____
Charleston, South Carolina     United States District Judge